Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
для the
EASTERN District of TEXAS

SHERMAN Division

| | |
|---|---|
| SHURJO ALI <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> DONALD J. TRUMP, in his official capacity as President of the United States, <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. **4:20cv346-SDJ-CAN** <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | SHURJO ALI |
   | Street Address | 3901 PINE VALLEY DRIVE |
   | City and County | PLANO and COLLIN, respectively |
   | State and Zip Code | TEXAS, 75025 |
   | Telephone Number | (214) 326-2114 |
   | E-mail Address | SHURJOALI@YAHOO.COM |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: DONALD JOHN TRUMP
- Job or Title *(if known)*: PRESIDENT OF THE UNITED STATES
- Street Address: 1600 PENNSYLVANIA AVENUE NW
- City and County: WASHINGTON, D.C.
- State and Zip Code: 20500
- Telephone Number: 202-456-1414
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Whether President Trump's recent actions, encouraging people to "liberate" against the state governors'/governments' lockdown orders constitute a violation of 18 US Code 2383 (Petitioner seeks review of action against the Constitution, not for the Court to formally define is a criminal act has taken place),

and, whether (if held that such violation did occur) 'incapable' found in 18 US Code 2383 qualifies as 'incapacity' under Amendment XXV, US Constitution

Relevant Statutes:
18 US Code §2383
U.S. Const, Amend. 25
Geneva Conventions Common Article 3

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* SHURJO ALI , is a citizen of the State of *(name)* TEXAS .

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* DONALD JOHN TRUMP , is a citizen of the State of *(name)* WASHINGTON, D.C. . Or is a citizen of *(foreign nation)* .

   b. If the defendant is a corporation

   The defendant, *(name)* , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* . Or is incorporated under the laws of *(foreign nation)* , and has its principal place of business in *(name)* .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   The President recieves a Salary of $400,000 yearly.
   The nature of the case is that of requesting judicial review of the President's actions as it relates to the United States Constitution.
   Thus, the amount in controversy is anywhere from $400,000 (one year's salary) to $1,600,000 (all four years), up to $3,200,000 (counting potential reelection).

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Plaintiff believes financial instruments of the United States Treasury is printed at the Kansas City Financial Center of the Bureau of the Fiscal Service, located in Kansas City, Missouri.

B. What date and approximate time did the events giving rise to your claim(s) occur?

On April 17, 2020, President Trump tweeted "LIBERATE MICHIGAN" from his personal (presidential) Twitter account.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Department of Defense (through DOD Dictionary of Military and Associated Terms), defines 'liberated territory' as "any area, domestic, neutral, or friendly, which having been occupied by an enemy, is retaken by friendly forces.
(*Plaintiff asks the Court to note that this is the only definition of the word 'liberate' found in United States Government publications, including US Code and other federal laws or statutes.)

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

CHIEFLY, the allegation of unconstitutionality by a federal office holder is not one that can be considered restored with monetary damages.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks injuctive relief from the Court - specifically, petitioning the Court to deem President Trump mentally unfit or physically incapable from holding office, and order delegation of all presidential duties to the Vice President of the United States, including but not limited to:
(1) chief of state
(2) chief executive
(3) chief adminitrator
(4) chief diplomat
(5) commander in chief
(6) chief legislator
(7) party chief

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/22/2020

Signature of Plaintiff
Printed Name of Plaintiff   SHURJO ALI

### B. For Attorneys

Date of signing:

Signature of Attorney